## Louis Mendelsohn v. Mortimer L. Smith.

*Certiorari : Attachment : Replevin.  Certiorari* will not lie to review proceedings of a circuit court commissioner in dissolving an attachment, to try the title to the goods attached, upon a claim of the plaintiff in attachment that the goods are his own.  An attachment is not the proper process to obtain possession of goods which the plaintiff claims are his property ; his remedy is replevin.

*Heard April 9.    Decided April 10.*

Application for *certiorari.*

The petitioner had sued out a writ of attachment and attached certain pictures.    The defendant moved for its dissolution before a circuit court commissioner, and it was dissolved.    On the hearing before the commissioner the question was raised, who owned the property attached.    The plaintiff in attachment claimed the property as his own, and in the petition for a *certiorari* he insists that he owns it.

*William E. Cheever,* for the petitioner.

THE COURT held that if the property was the petitioner's, an attachment was not the proper process to obtain it by ; and whether the attachment was properly dissolved or not, was therefore immaterial to his rights, and could not preclude his testing them in replevin.

Writ denied.